PD-0035-15

PD _____

PD-0035-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/6/2015 4:18:44 PM
Accepted 1/16/2015 10:52:58 AM
ABEL ACOSTA
CLERK

## IN THE COURT OF CRIMINAL APPEALS

### DANIEL DIAZ, Appellant

### VS.

### THE STATE OF TEXAS, Appellee

On Appeal from the 253rd Judicial District Court
Liberty County, Texas
Trial Court Cause No. CR29411
And
The Court of Appeals for the Ninth Judicial District of Texas
Beaumont, Texas
No. 09-13-00104-CR

## APPELLANT'S MOTION TO SUBSTITUTE LEAD ATTORNEY OF RECORD

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW WENDELL A. ODOM, JR., the undersigned attorney, and hereby requests this honorable Court allow him to substitute as lead attorney of record in stead for Richard Burroughs (Texas Bar # 03464800) to represent the Appellant in this cause, Daniel Diaz. The undersigned would show that such substitution of counsel is at the request of Appellant and complies with Texas Rules of Appellate Procedure Rule 6.1(a) and 6.1(c).

New lead counsel's information is as follows:

**Wendell A. Odom, Jr.**
**440 Louisiana Street, Suite 200**

Houston, Texas 77002
wendellodom@aol.com
(713) 223-5575 [phone]
(713) 224-2815 [fax]
Texas Bar # 15208500

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the Court authorize substitution of counsel as set out above.

Respectfully submitted,

_____
DANIEL DIAZ
Appellant

_____
WENDELL A. ODOM, JR.
Texas Bar# 15208500
440 Louisiana St., Suite 200
Houston, TX 77002
(713) 223-5575
(713) 224-2815 (FAX)

_____
RICHARD R. BURROUGHS
Texas Bar # 03464800

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Motion to Substitute Lead Attorney of Record** was delivered via U.S. Mail to the Assistant District Attorney in this cause on January 6, 2015.

WENDELL A. ODOM, JR.

NO. PD _____

IN THE COURT OF CRIMINAL APPEALS

DANIEL DIAZ, Appellant

VS.

THE STATE OF TEXAS, Appellee

On Appeal from the 253rd Judicial District Court
Liberty County, Texas
Trial Court Cause No. CR29411
And
The Court of Appeals for the Ninth Judicial District of Texas
Beaumont, Texas
No. 09-13-00104-CR

## ORDER ON APPELLANT'S MOTION TO SUBSTITUTE LEAD ATTORNEY OF RECORD

On this day came on to be heard a **Motion to Substitute Lead Attorney of Record** and it appearing to the Court that such motion should be **GRANTED**.

It is, therefore, **ORDERED** that:

**Wendell A. Odom, Jr.**
**440 Louisiana Street, Suite 200**
**Houston, Texas 77002**
**wendellodom@aol.com**
**(713) 223-5575 [phone]**
**(713) 224-2815 [fax]**
**Texas Bar # 15208500**

shall be substituted as attorney of record for the Appellant, Daniel Diaz, in the above-entitled cause.

**SIGNED** on this the _____ day of _____, 2015.


                                      _____
                                        **JUDGE PRESIDING**